No. 75–273.  Clark *v.* Hilliard.  C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 75–482.  Jeffers et al. *v.* United States; and

No. 75–5492.  Smith *v.* United States.  C. A. 7th Cir.  Certiorari denied.  Mr. Justice Stevens took no part in the consideration or decision of these petitions. Reported below: 520 F. 2d 1256.

No. 75–701.  School District No. 1, Denver, Colorado, et al. *v.* Keyes et al.; and

No. 75–702.  Congress of Hispanic Educators et al. *v.* School District No. 1, Denver, Colorado, et al. C. A. 10th Cir.  Motion of Puerto Rican Legal Defense & Education Fund, Inc., for leave to file a brief as *amicus curiae* in No. 75–702 granted.  Certiorari denied.  Mr. Justice White took no part in the consideration or decision of this motion and petitions.  Reported below: 521 F. 2d 465.

No. 75–5449.  Grace *v.* Hopper, Warden.  Sup. Ct. Ga.  Certiorari denied.  Mr. Justice Brennan would grant certiorari.

No. 75–5592.  Silva *v.* United States.  C. A. 5th Cir. Certiorari denied.  Mr. Justice Marshall would grant certiorari.

No. 75–5761.  Scoggin *v.* Schrunk, Mayor of Portland, Oregon, et al.  C. A. 9th Cir.  Certiorari denied. Mr. Justice Brennan and Mr. Justice Marshall would grant certiorari.